# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

In the Matter of the Search of

1. Black Ford F-150 Pickup
   VIN # 1FTRX18L8YKA45856
   Located at 221 West Aten Road,
   Imperial, California 92251

**SEARCH WARRANT**

CASE NUMBER: **06 MJ 2162**

06 NOV 28 AM 11: 16

DEPUTY

TO: __Any authorized law enforcement officer__ and any Authorized Officer of the United States

Affidavit having been made before me by Senior Patrol Agent Luis A. Samaniego of the U.S. Border Patrol who has reason to believe that on the premises known as

See Attachment "A"

in the Southern District of California, there is now concealed a certain person or property namely

See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant based on alleged violations of 8 U.S.C. §§ 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(iii) and (v)(I); 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(ii) and (v)(II); and 1324 (a)(1)(A)(iii) and (v)(II).

YOU ARE HEREBY COMMANDED to search on or before __11/16/06__
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Barbara L. Major, U.S. Magistrate Judge__ as required by law.
United States Magistrate Judge

__11/6/06 at 3:34 pm__ at __San Diego, CA__
Date and Time Issued                   City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                 Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/06/2006 | 11/07/2006    8:45 AM | Left inside of vehicle |

**INVENTORY MADE IN THE PRESENCE OF**
SPA Clifford D. Leyba, DHS CBP USBP

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1. Two (2) rolls of film found in glove Compartment.

2. DMV paperwork registered to Roberto Ramirez found in glove compartment.

3. Shell casing for 357 mag found behind back seat on passenger's side.

4. Insurance card found in glove compartment.

5. Utility bill found on passenger's door.

6. Receipt form Auto Zone found in center consul. Parts were for a 1997 Chevy Pickup in the name of Javier Perfino.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_[signature]_

Subscribed, sworn to, and returned before me this date.

_Barbara L. Major_
U.S. Judge or Magistrate

11/17/06
Date