```
                                                              FILED

                                                        06 NOV 28 AM 11:16

                                                        CLERK US DISTRICT COURT
                                                      SOUTHERN DISTRICT OF CALIFORNIA

                                                        BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA        '06 MJ 2162

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | |
| ) | **ORDER SEALING SEARCH** |
| v. ) | **WARRANT; AND THE** |
| ) | **APPLICATION AND AFFIDAVIT** |
| THE VEHICLE DESCRIBED AS: ) | **FOR SEARCH WARRANT** |
| Black F-150 Pickup, Year 2000 ) | |
| VIN # 1FTRX18L8YKA458586 ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: 11/6/06

_____
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney

_____
STACEY H. SULLIVAN
Assistant U.S. Attorney

# ATTACHMENT A

1. Black Ford F-150 Pickup, year 2000. VIN # 1FTRX18L8YKA45856. Found on October 23, 2006 at 685 North Adams Avenue, Brawley, California 92227. Registered Owner, Roberto Ramirez. The vehicle is currently located at the El Centro Border Patrol Secured Vehicle Lot at 221 West Aten Road, Imperial, California 92251. It has been stored there, secured and unopened since its arrival on October 23, 2006.

## ATTACHMENT B

1. Evidence of fraudulent documentation; passports and U.S. Government documentation evidencing alienage; correspondence, domestic and foreign, evidencing alien-smuggling arrangements; airline/airfare tickets; names of arrangers of alien smuggling; lists containing names of smuggled aliens along with their destination and fees paid or to be paid; registrations and vehicles and titles of vehicles used in the smuggling and transporting of illegal aliens; financial records and bank statements recording the receipt of money from smuggling, cellular telephones and chargers, telephone tolls of calls, documents and receipts evidencing temporary lodging of illegal aliens; documents showing possession, dominion, and/or control of said premises, including canceled mail, keys, rent receipts, utility bills, deeds, leases and photographs; property of smuggled aliens in the form of wallets, purses, suitcases, tote bags, and clothing; checks, money-orders, and money order receipts as well as U.S. and foreign currency.

2. Documents and articles of personal property evidencing the possession, distribution, sale and manufacture of counterfeit U.S. documents, including: ledgers, customer lists, records of counterfeit or genuine document sales, telephone/address books or notebooks containing the names of individuals who have purchased or wish to purchase counterfeit or genuine immigrant documents.

3. Cash or checks or other monetary instruments obtained from the sale of counterfeit or genuine immigration documents, only to the extent that there are actual receipts or proof that the funds are from these illegal activities. Bank accounting, or other financial records which are records of earning or payments relating to the sale of the counterfeit or genuine immigration documents.

4. Counterfeit, genuine or altered immigration or social security documents including counterfeit, genuine or altered Alien Registration Receipts cards including, but not limited to Forms I-551, I-151, I-586, I-186, I-688, I-688A, I-688B and I-94; counterfeit, genuine or altered social security cards; as well as documents and identifications from individual States of the U.S. or other Countries.

All of the property in #1-5 is evidence of offenses in violation of Title 8, United States Code, Section (s) 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(iii) and (v)(I); 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(ii) and (v)(II); and 1324 (a)(1)(A)(iii) and (v)(II).